ORIGINAL

1  MILBERG WEISS BERSHAD
     HYNES & LERACH LLP
2  WILLIAM S. LERACH (68581)
   KEITH F. PARK (54275)
3  EDWARD P. DIETRICH (176118)
   THOMAS E. EGLER (189871)
4  600 West Broadway, Suite 1800
   San Diego, CA  92101
5  Telephone:  619/231-1058

6  POMERANTZ HAUDEK BLOCK
     GROSSMAN & GROSS LLP
7  STANLEY M. GROSSMAN
   MARC I. GROSS
8  PATRICK V. DAHLSTROM
   100 Park Avenue, 26th Floor
9  New York, NY  10017-5516
   Telephone:  212/661-1100
10
   Attorneys for Plaintiff
11

12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                    WESTERN DIVISION

16

17  SHERLEIGH ASSOCIATES INC. PROFIT ) No. 98-3028-JSL(BQRx)
    SHARING PLAN,                    )
                                     ) CLASS ACTION
18                     Plaintiff,    )
                                     ) [PROPOSED] ORDER APPROVING
19       vs.                         ) PLAN OF ALLOCATION OF
                                     ) SETTLEMENT PROCEEDS
20  COHR, INC., et al.,              )
                                     ) DATE:  June 12, 2000
21                     Defendants.   ) TIME:  1:00 p.m.
    _____    ) COURTROOM:  The Honorable
22                                                  J. Spencer Letts

SEND

FILED
CLERK, U.S. DISTRICT COURT
JUN 13 2000
OF CALIFORNIA

ENTERED ON ICMS
JUN 14 2000
CV

1  This matter having come before the Court on Representative
2  Plaintiffs' Motion for Approval of the Plan of Allocation of
3  Settlement Proceeds in the above-captioned action; the Court having
4  considered all papers filed and proceedings had herein; and
5  otherwise being fully informed in the premises,
6  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
7  1.  For purposes of this Order, the terms used herein shall
8  have the meanings set forth in the Stipulation of Settlement dated
9  as of May 5, 1999 ("Stipulation").
10 2.  Pursuant to and in compliance with Rule 23 of the Federal
11 Rules of Civil Procedure, this Court hereby finds and concludes
12 that due and adequate notice was directed to all Persons and
13 entities who are Settlement Class Members, advising them of the
14 Plan of Allocation and of their right to object thereto, and a full
15 and fair opportunity was accorded to all Persons and entities who
16 are Settlement Class Members to be heard with respect to the Plan
17 of Allocation.
18 3.  The Court hereby finds and concludes that the formula for
19 the calculation of the Claims of Authorized Claimants which is set
20 forth in the Memorandum of Points and Authorities in Support of
21 Motion for Final Approval of Settlement and Plan of Allocation and
22 in the Notice of Pendency and Proposed Settlement of Class Action
23 ("Notice") sent to Settlement Class Members provides a fair and
24 reasonable basis upon which to allocate the proceeds of the
25 Settlement Fund established by the Stipulation among Settlement
26 Class Members, with due consideration having been given to
27 administrative convenience and necessity.  This Court hereby finds
28 and concludes that the Plan of Allocation set forth in the Notice

1  is, in all respects, fair, reasonable and adequate and the Court
2  hereby approves the Plan of Allocation and overrules the one
3  objection made to it.
4       IT IS SO ORDERED.
5
6  DATED: 6/13/00                    _____
7                                    THE HONORABLE J. SPENCER LETTS
                                     UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  N:\CASES\Cohr.set\DLM81931.ord